# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160012(70)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HASSAN M. AHMAD,
      Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN,
      Defendant-Appellant.

_____/

SC: 160012
COA: 341299
Ct of Claims: 17-000170-MZ

      On order of the Chief Justice, the motion of the Association of Research Libraries et al. to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 30, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2020



Clerk